**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**GOODRX, INC.**                                                                                    **PLAINTIFF**

**VS.**                                        **CASE NO. 4:25-cv-132-JM**

**THE BERT AND ANNETTE MULLENS
FOUNDATION**                                                                                       **DEFENDANT**

**JUDGMENT**

Pursuant to the order entered this same day, the complaint filed by GoodRx, Inc. is

dismissed with prejudice.

IT IS SO ORDERED this 31st day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE